UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____

Jill Tschirhart,

             Plaintiff,

v.

Asset Recovery Solutions, LLC,

             Defendant.

_____

Civil Action No.: 2:15-cv-10021-TLL-PTM

## **STIPULATED ORDER OF DISMISSAL**

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Asset Recovery Solutions, LLC with prejudice and without costs to any party. The Court shall retain jurisdiction for the sole purpose of determining whether the settlement should be enforced upon motion of any party.

It is so **ORDERED**. This is a final order and closes the case.

Dated: April 24, 2015

                                          s/Thomas L. Ludington
                                          THOMAS L. LUDINGTON
                                          United States District Judge

| | |
|---|---|
| Jill Tschirhart | Asset Recovery Solutions, LLC |
| ___/s/ Sergei Lemberg_____ | _/s/ Gregory R. Neidle _____ |
| Sergei Lemberg, Esq.<br>LEMBERG LAW, LLC<br>1100 Summer Street, 3rd Floor<br>Stamford, CT  06905<br>Tel: (203) 653-2250<br>Fax: (203) 653-3424<br>slemberg@lemberglaw.com<br>Attorney for Plaintiff | Gregory R. Neidle, Esq.<br>DOBBS & NEIDLE, PC<br>30150 Telegraph Road, Suite 410<br>Bingham Farms, MI 48025<br>Phone:  (248) 723-9511<br>Email:  gneidle@dobbsneidle.com<br> MI Bar Number P59273<br>Attorney for Defendant |

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 24, 2015.

   s/Karri Sandusky_____
   Karri Sandusky, Acting Case Manager